# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **JIMMY MITCHELL, JT BIRDINE,** | § | |
| **LASHAUNDA BOYD, CARLA BROOKS,** | § | |
| **ANTOINETTE BROWN, DARRELL** | § | |
| **BROWN, CHRIS BURNS, LARRY** | § | |
| **EVANS, MARQUES FREDERICK,** | § | |
| **RICHARD HEARN, MARGARET JILES,** | § | |
| **KRISTI KING, CHERYL LANE,** | § | |
| **CRYSTAL LANE, MARY LEEKS,** | § | **CIVIL ACTION NO. 5:15-CV-19-JRG** |
| **CARLA MASON, DONTRAIL MATHIS,** | § | |
| **MARANDA MCCULLOCH, KEYON** | § | |
| **MITCHELL, TIERNEY MITHCELL,** | § | |
| **DELORES MORGAN, MARTHA** | § | |
| **SHEPHERD, DOMINQUE SMITH,** | § | |
| **ELLICH WILLIAMS, JEWEL** | § | |
| **WILLIAMS, and MICKEY WISE,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| **PILGRIM'S PRIDE CORPORATION, JBS** | § | |
| **USA HOLDINGS, INC.,** | § | |
| | § | |
| *Defendants.* | § | |

## JBS USA, LLC'S CORPORATE DISCLOSURE STATEMENT

COMES NOW JBS USA, LLC, a Defendant in the above-captioned matter, and, in accordance with F.R.C.P. 7.1(a)(1) hereby states that it does not have a parent corporation and is unaware of any publicly held corporation owning ten percent or more of JBS USA, LLC's stock.

DATED:  September 9, 2015.                    Respectfully submitted,

JBS USA, LLC, Defendant

By:____/s/Jennifer Parker Ainsworth_____
        Jennifer Parker Ainsworth (00784720)
        Wilson, Robertson & Cornelius, P.C.
        909 ESE Loop 323, Suite 400
        Tyler, TX  75701
        (903)509-5000
        (903)509-5092 (fax)
        jainsworth@wilsonlawfirm.com

        and

        James J. Frost (NE 16560)
        A. Stevenson Bogue (NE 15509)
        Abigail McKenzie Moland (NE 23741)
        McGrath North Mullin & Kratz, PC LLO
        First National Tower, Suite 3700
        1601 Dodge Street
        Omaha, NE  68102
        (402)341-3070
        (402)341-0216 (fax)
        jfrost@mcgrathnorth.com
        sbogue@mcgrathnorth.com
        amoland@mcgrathnorth.com

ATTONEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent an electronic copy of the foregoing document to all counsel of record.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth