IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| **JIMMY MITCHELL**, *et al.*, | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 5:15-CV-19-JRG |
| **PILGRIM'S PRIDE CORPORATION,** *et al.*, | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## PLAINTIFFS NOTICE OF APPEARANCE FOR JAY D. ELLWANGER

Jimmy Mitchell, LaShaunda Boyd, Carla Brooks, Antoinette Brown, Chris Burns, Richard Hearn, Kristi King, Cheryl Lane, Crystal Lane, Carla Mason, Dontrail Mathis, Maranda McCulloch, Keyon Mitchell, Tierney Mitchell, Delores Morgan, Dominique Smith, Mickey Wise, JT Birdine, Darrell Brown, Larry Evans, Marques Frederick, Margaret Jiles, Mary Leeks, Martha Shepherd, Ellich Williams, and Jewel Williams, (collectively "Plaintiffs"), in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    Jay D. Ellwanger
    Texas State Bar No. 24036522
    jellwanger@dpelaw.com
    **DiNovo Price Ellwanger& Hardy LLP**
    7000 North MoPac Expressway, Suite 350
    Austin, Texas  78731
    Telephone: (512) 539-2626
    Facsimile: (512) 539-2627

Respectfully submitted,

*/s/ Jay D. Ellwanger*
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@dpelaw.com
**DiNovo Price Ellwanger& Hardy LLP**
7000 North MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

James A. Vagnini
N.Y. State Bar No. 2958130
jvagnini@vkvlawyers.com
**Valli Kane &Vagnini, LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

***Counsel for Plaintiffs***

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 11th day of September 2015.

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger

2